IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARIA MABEL MARTINEZ, on behalf of herself and all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>RINCÓN LATINO, INC. d/b/a PLAZA LATINA, EMIGDIO CASTRO, JOSÉ LIRA, HUMBERTO CASTRO PASTRANA, LAURA CASTRO, and HOMERO ROMO,<br><br>Defendants. | CLASS ACTION<br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b)<br><br>Civil Action No.:<br>1:22-cv-00032-WO-JEP |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
AND DISMISSAL WITH PREJUDICE**

NOW COME THE PARTIES HERETO, the Plaintiff Maria Mabel Martinez (hereinafter referred to as the "Plaintiff" and jointly with the Defendants as the "Parties") and the Defendants, Rincón Latino, Inc. d/b/a Plaza Latina, Emigdio Castro, José Lira, Humberto Castro Pastrana, Laura Castro, and Homero Romo (hereinafter referred to as the "Defendants" and jointly with the Plaintiffs as the "Parties") by and through their attorneys and file this Joint Motion For Approval of Settlement Agreement and Dismissal with Prejudice. The Settlement Agreement for which the parties seek approval is attached to this Motion marked as "Exhibit A". A proposed Order is also attached to this Motion. A supporting memorandum is filed separately.

Respectfully submitted this the 8th day of December, 2022.

LAW OFFICE OF ROBERT J. WILLIS, P.A.

BY:   /s/Robert J. Willis
       Robert J. Willis
       Attorney at Law
       NC Bar #10730
       P.O. Box 1828
       Pittsboro, NC 27312
       Tel:(919)821-9031
       Fax:(919)821-1763
       rwillis@rjwillis-law.com

CHRIS HAAF LAW PLLC
BY:/s/ Chris W. Haaf
Chris W. Haaf
NC Bar #46077
2806 Reynolda Road #123
Winston-Salem, NC 27106
Tel: (336) 354-7643
Fax: (336) 770-2781
chris@haaflegal.com
Co-Counsel for Plaintiff

MEYNARDIE & NANNEY, PLLC
By:   /s/Joseph H. Nanney, Jr.
Joseph H. Nanney, Jr.
NC Bar #18355
5700 Six Forks Road, Suite 201
Raleigh, NC 27609
Tel: 919.747.7374
Fax:919.324.6590
joe@mnlaw-nc.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of December 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Joseph H. Nanney, Jr., Esq. at joe@mnlaw-nc.com.

This the 8th day of December 2022.

/s/ Chris W. Haaf
Attorney at Law

3

Case 1:22-cv-00032-WO-JEP   Document 29   Filed 12/08/22   Page 3 of 3