IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARIA MABEL MARTINEZ,          )
on behalf of herself           )
and all other similarly        )
situated persons,              )
                               )
            Plaintiff,         )
                               )
     v.                        )       1:22-cv-32
                               )
RINCON LATINO, INC., doing     )
business as PLAZA LATINA,      )
EMIGDIO CASTRO, JOSE           )
LIRA, HUMBERTO CASTRO          )
PASTRANA, LAURA CASTRO,        )
and HOMERO ROMO,               )
                               )
                               )
            Defendants.        )
```

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed in this court on December 12, 2022,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and that Defendants are jointly and severally liable to Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall have and recover from Defendants the total settlement amount of $689.95 to resolve all claims that have been or could be asserted by Plaintiff. Defendants shall pay $100.00 to Plaintiff Maria Mabel Martinez for back pay and liquidated damages.

Defendants shall pay $589.95 to Plaintiff's counsel for actual costs, and shall be made payable to the Law Office of Robert J. Willis, P.A.

This the 13th day of February, 2023.

                                      /s/ William L. Osteen, Jr.
                                         United States District Judge